# ILLINOIS TRAFFIC CRASH REPORT

**Sheet 1 of 2 Sheets**

* AP002 *   X001561854

**INVESTIGATING AGENCY:** Burbank PD
**AGENCY CRASH REPORT NO.:** 19-01375

| | U1 | U2 |
|---|---|---|
| DRAC | 01 | |
| TRFD | 01 | |
| TRFC | 01 | |
| WEAT | 02 | |
| DRVA | 08 | |
| VIS | 01 | |
| VEHD | 01 | |
| LGHT | 03 | |
| COLL | 12 | |
| MANV | 02 | 01 |
| TRFW | 02 | |
| VEHT | 08 | |
| #LNS | 01 / 4 | |
| ALGN | 01 | |
| RSUR | 02 | |
| VEHU | 21 | 02 |
| SPDR | 0 | 0 |
| RDEF | 01 | |
| BAC | 996 | 996 |
| #OCCS | 1 | 1 |
| DIRP | 07 | 07 |
| SLMT | 35 | 35 |

**DAMAGE TO ANY ONE PERSONS VEHICLE/PROPERTY:** ☐ $500 OR LESS ☐ $501 - $1,500 ■ Over $1,500

**TYPE OF REPORT:** ■ ON SCENE ☐ NOT ON SCENE (DESK REPORT) ☐ AMENDED

**ADDRESS NO.:** 100 **HIGHWAY or STREET NAME:** W 79TH ST
**AT INTERSECTION WITH:** S NASHVILLE AVE
**City:** BURBANK **Township:** ☐
**COUNTY:** COOK
**DATE OF CRASH:** 06/01/2019 **TIME:** 06:35 PM
**YR:** 2019

☐ A No Injury / Drive Away
■ B Injury and / or Tow Due To Crash

**INTERSECTION RELATED:** ☐ Yes ■ No
**PRIVATE PROPERTY:** ☐ Yes ■ No
**HIT & RUN:** ☐ Yes ■ No

**SECONDARY CRASH:** ☐ YES ■ NO
**FLOW CONDITION:** ☐ SLOW ☐ STOPPED ■ FREE FLOW

**DOORING WITH PEDALCYCLIST:** ☐ Y ■ N
**NUMBER MOTOR VEHICLES INVOLVED:** 2

## UNIT 1

**DRIVER** ■ ☐Parked ☐Driveless ☐Ped ☐Pedal ☐EQUES ☐NMV ☐NCV ☐DV
**NAME (LAST,FIRST,MI):** GLEASON, GRANT, G
**STREET ADDRESS:** 2555 E CRAIS CT
**CITY:** DE PERE **STATE:** WI **ZIP:** 54115
**DATE OF BIRTH:** 02/09/1955
**SEX:** M **SAFT:** 2 **AIR:** 04 **EJECT:** 1 **EPTH:** 0
**INJURY:** 0
**STATE:** WI **CLASS:** H **CLD ID:** 7
**PEDV:** **PPA:** **PPL:**
**INCIDENT RESPONDER:** ☐ Y ■ N

**TELEPHONE:** (818) 355-2284
**DRIVER LICENSE NO.:** G425287550 4902
**EMS AGENCY:** BFD 205
**HOSPITAL:** refused

**MAKE:** FREIGHTLINER **MODEL:** CONVENTIONAL CLASSIC **YEAR:** 2019
**AUTOMATED SYSTEM:** ☐ Y ■ N ☐ UNK **LEV IN VEH. LEVEL ENGAGED AT CRASH:**
**PLATE NO.:** 2514505 **STATE:** IN **YEAR:** 2019
**VIN:** 3AKJHLDR3KSKC0086
**VEHICLE OWNER (LAST, FIRST M.I.):** INC, SCHNEIDER NATIONAL CARRIE
**OWNER ADDRESS (STREET, CITY, STATE, ZIP):** 7101 W 17TH AVE, GARY, IN 46406

**CIRCLE NUMBER(S) FOR DAMAGED AREA(S):**
00 - NONE
10 - UNDER CARRIAGE
11 - TOTAL (ALL AREAS)
12 - OTHER
99 - UNKNOWN
**POINT OF FIRST CONTACT:** 02

**TOWED DUE TO CRASH:** Y ☐ N ■
**FIRE:** ☐ ■
**DISTRACTED:** ☐ ■
**DISTRACION VALUE:**
**COM VEH:** ■ ☐
**EXPIRED:** ☐ Y ■ N

**INSURANCE CO.:** OLD REPUBLIC INSURANCE COMPANY
**POLICY NO.:** CTB314557
**TELEPHONE:** (800) 558-7018

## UNIT 2

**DRIVER** ■ ☐Parked ☐Driveless ☐Ped ☐Pedal ☐EQUES ☐NMV ☐NCV ☐DV
**NAME (LAST,FIRST,MI):** GONZALEZ, JORGE, A
**STREET ADDRESS:** 8047 S. LEAMINGTON AVE
**CITY:** BURBANK **STATE:** IL **ZIP:** 60459
**DATE OF BIRTH:** 03/03/1991
**SEX:** M **SAFT:** 2 **AIR:** 04 **EJECT:** 1 **EPTH:** 0
**INJURY:** C
**STATE:** IN **CLASS:** A **CLD ID:** 5
**PEDV:** **PPA:** **PPL:**
**INCIDENT RESPONDER:** ☐ Y ■ N

**TELEPHONE:** (872) 304-8961
**DRIVER LICENSE NO.:** G52442191065
**EMS AGENCY:** BFD 205
**HOSPITAL (TAKEN TO):** Refused

**MAKE:** TOYOTA **MODEL:** COROLLA **YEAR:** 2001
**AUTOMATED SYSTEM:** ☐ Y ■ N ☐ UNK **LEV IN VEH. LEVEL ENGAGED AT CRASH:**
**PLATE NO.:** BA46746 **STATE:** IL **YEAR:** 2019
**VIN:** 1NXBR12E21Z494445
**VEHICLE OWNER (LAST, FIRST M.I.):** GONZALEZ, JORGE, A
**OWNER ADDRESS (STREET, CITY, STATE, ZIP):** 8047 S. LEAMINGTON AVE, BURBANK, IL 60459

**CIRCLE NUMBER(S) FOR DAMAGED AREA(S):**
00 - NONE
10 - UNDER CARRIAGE
11 - TOTAL (ALL AREAS)
12 - OTHER
99 - UNKNOWN
**POINT OF FIRST CONTACT:** 07

**TOWED DUE TO CRASH:** Y ■ N ☐
**FIRE:** ☐ ■
**DISTRACTED:** ☐ ■
**DISTRACION VALUE:**
**COM VEH:** ☐ ■
**EXPIRED:** ☐ Y ■ N

**INSURANCE CO.:**
**POLICY NO.:**
**TELEPHONE:** (872) 304-8961

**PASSENGERS & WITNESSES ONLY (NAME) / (ADDR) / (TEL)**

**DAMAGED PROPERTY**

| | DAMAGED PROPERTY OWNER NAME | DAMAGED PROPERTY OWNER ADDRESS | CITY | STATE | ZIP | |
|---|---|---|---|---|---|---|
| 1 | | | | | | ☐ Pending |
| 2 | | | | | | ☐ Pending |

**ARREST NAME:** GLEASON, GRANT ■ Citations Issued
**ARREST NAME:** GONZALEZ, JORGE ■ Citations Issued

**SIGNATURE:** MYERS, D
**OFFICER ID:** 6140
**BEAT / DIST.:** B812
**SUPERVISOR ID:** 6091

**PRIMARY CAUSE:** 04
**SECONDARY CAUSE:** 99

| | SECTION | CITATION NO. |
|---|---|---|
| | 11-709 | YE-974-980 |
| | 6-303 | YE-974-981 |

**POLICE NOTIFIED:** 06/01/2019 **TIME:** 06:37 PM
**EMS NOTIFIED:** 06/01/2019 **TIME:** 06:37 PM
**EMS ARRIVED:** 06/01/2019 **TIME:** 06:40 PM
**ROAD CLEARANCE TIME:** 10:30 PM
**COURT DATE:** 07/01/2019

**Did crash occur In a Work Zone?** ☐ Y ■ N
If YES check one below:
☐ Construction ☐ Maintenance ☐ Utility ☐ Unknown work zone type
**Workers Present?** ☐ Y ■ N

DEFENDANT'S EXHIBIT A

# DIAGRAM

X001561854

[Diagram showing intersection of 79th St and Nashville Ave. with UNIT 1 and UNIT 2 positions, Not To Scale]

## NARRATIVE (Refer to vehicle by Unit No.)

Unit 1 was traveling westbound 79th st in the median lane. Unit 2 was traveling westbound in the curbside lane. Unit 1 attempted to change lanes from the median lane to the curb lane when the front passenger side of Unit 1 struck the front driver side door.

Unit 1 was issued citation YE-974-980 for improper lane usage. Unit 2 was issued citation YE-974-981 for driving while license is suspended and YE-974-982 for operation of uninsured vehicle. Both drivers were issued court dates of 1 July 2019 at 1030 hours at the Bridgeview courthouse.

| U-Color: | White | U-Color: | Silver | | | | |
|---|---|---|---|---|---|---|---|
| U-Towed Due To | ☐ Disabling Damage | ■ Not Disabling Damge | | Damage Extent | | Towed by/To | |
| U-Towed Due To | ☐ Disabling Damage | ■ Not Disabling Damge | | Damage Extent | 2 | Towed by/To | VINCE'S TOWING / VINCES TOWING |

LOCAL USE ONLY

## COMMERCIAL MOTOR VEHICLE (CMV) UNIT 1

IF MORE THAN ONE CMV IS INVOLVED, USE SR 1050A ADDITIONAL UNITS FORMS

A CMV is defined as any motor vehicle used to transport passengers or property and:

1. Has a weight rating of more than 10,000 pounds (example: truck or truck/trailer combination); or
2. Is used or designed to transport more than 15 passengers, including the driver (example: shuttle or charter bus); or
3. Is designed to carry 15 or fewer passengers and operated by a contract carrier transporting employees in the course of their employment (example: employee transporter - usually a van-type vehicle or passenger car); or
4. Is used or designed to transport between 9 and 15 passengers, including the driver, for direct compensation beyond 75 air miles from the driver's work reporting location (example: large van used for specific purpose); or
5. Is any vehicle used to transport any hazardous material (HAZMAT) that requires placarding (example: placards will be displayed on the vehicle).

| CARRIER NAME | SCHNEIDER NATIONAL CARRIERS INC |
|---|---|
| ADDRESS | 7101 W 17TH AVE |
| CITY/STATE/ZIP | gary, IN 46406 |
| Motor Carrer ID | ☐ Interstate ☐ Intrastate ☐ Not in Comm./Govt ☐ Not in Comm./Others |
| USDOT NO. | 264184  ILCC NO. |
| Source of above info. | ■ Side of Truck ☐ Papers ☐ Driver ☐ Log Book |
| GVWR/GCWR | <10,000   10,000-26,000   >26,000 |

Were HAZMAT placards displayed on the vehicle? ☐ Y ☐ N
If yes, name on placard

4-digit UN no. _____ 1-digit Hazard Class no. _____

Did HAZMAT spill from the vehicle (do not consider fuel from the Vehicle's own tank)? ☐ Y ■ N ☐ UNK

Did HAZMAT Regulations violation contribute to the crash? ☐ Y ☐ N ■ UNK

Did Motor Carrier Safety Regulations (MCS) violation contribute to the crash? ☐ Y ☐ No ■ UNK

Was a Driver/Vehicle Examination Report from completed?

| HAZMAT | ☐ Y | ☐ N | ■ UNK | Out of Service? ☐ Y ☐ N |
| MCS | ☐ Y | ☐ N | ■ UNK | Out of Service? ☐ Y ☐ N |
| Form No. | | | | |

IDOT PERMIT NO. _____   WIDE LOAD? ☐ Y ■ N

TRAILER VIN 1 _____   TRAILER VIN 2 _____

TRAILER WIDTH(S):   0-96"   97-102"   >102"
TRAILER 1
TRAILER 2

TRAILER LENGTH(S): 1 _____ ft   TRAILER 2 _____ ft

TOTAL VEHICLE LENGTH _____ ft   NO OF AXLES 3

SELECT CODES FROM BACK COVER OF CRASH BOOKLET:
VEHICLE CONFIGURATION 5

CARGO BODY TYPE 9   LOAD TYPE _____

**Department of State: Division of Corporations**

Allowable Characters

| HOME | | | | |
|---|---|---|---|---|

### Entity Details

**THIS IS NOT A STATEMENT OF GOOD STANDING**

| File Number: | 2738435 | Incorporation Date / Formation Date: | 4/4/1997 (mm/dd/yyyy) |
|---|---|---|---|
| Entity Name: | SCHNEIDER NATIONAL CARRIERS, INC. | | |
| Entity Kind: | Corporation | Entity Type: | General |
| Residency: | Foreign | State: | NEVADA |

**REGISTERED AGENT INFORMATION**

| Name: | THE CORPORATION TRUST COMPANY | | |
|---|---|---|---|
| Address: | CORPORATION TRUST CENTER 1209 ORANGE ST | | |
| City: | WILMINGTON | County: | New Castle |
| State: | DE | Postal Code: | 19801 |
| Phone: | 302-658-7581 | | |

Additional Information is available for a fee. You can retrieve Status for a fee of $10.00 or more detailed information including current franchise tax assessment, current filing history and more for a fee of $20.00.

Would you like  ○ Status  ○ Status, Tax & History Information

[Submit]

[View Search Results]    [New Entity Search]

For help on a particular field click on the Field Tag to take you to the help area.

site map | privacy | about this site | contact us | translate | delaware.gov


DEFENDANT'S EXHIBIT B

○ USDOT Number ○ MC/MX Number ● Name

Enter Value: SCHNEIDER NATIONAL CA

[Search]

## Company Snapshot

**SCHNEIDER NATIONAL CARRIERS INC**
USDOT Number: 264184

### ID/Operations | Inspections/Crashes In US | Inspections/Crashes In Canada | Safety Rating

**Other Information for this Carrier**

▼ SMS Results
▼ Licensing & Insurance

**Carriers:** If you would like to update the following ID/Operations information, please complete and submit form MCS-150 which can be obtained online or from your State FMCSA office. If you would like to challenge the accuracy of your company's safety data, you can do so using FMCSA's DataQs system.

**Carrier and other users:** FMCSA provides the Company Safety Profile (CSP) to motor carriers and the general public interested in obtaining greater detail on a particular motor carrier's safety performance then what is captured in the Company Snapshot. To obtain a CSP please visit the CSP order page or call (800)832-5660 or (703)280-4001 (Fee Required).

For help on the explanation of individual data fields, click on any field name or for help of a general nature go to **SAFER General Help**.

**The information below reflects the content of the FMCSA management information systems as of 07/08/2021.**

**To find out if this entity has a pending insurance cancellation, please click here.**

| | |
|---|---|
| **Entity Type:** | CARRIER/CARGO TANK/BROKER |
| **Operating Status:** | AUTHORIZED     **Out of Service Date:** None |
| **Legal Name:** | SCHNEIDER NATIONAL CARRIERS INC |
| **DBA Name:** | |
| **Physical Address:** | 3101 S PACKERLAND DR<br>GREEN BAY, WI 54313 |
| **Phone:** | (800) 558-6767 |
| **Mailing Address:** | PO BOX 2545<br>GREEN BAY, WI 54306-2545 |
| **USDOT Number:** | 264184     **State Carrier ID Number:** |
| **MC/MX/FF Number(s):** | MC-133655     **DUNS Number:** 15-730-4676 |
| **Power Units:** | 10,884     **Drivers:** 12,239 |
| **MCS-150 Form Date:** | 04/19/2021     **MCS-150 Mileage (Year):** 1,100,158,928 (2020) |

**Operation Classification:**

| | | |
|---|---|---|
| x Auth. For Hire | Priv. Pass.(Non-business) | State Gov't |
| Exempt For Hire | Migrant | Local Gov't |
| Private(Property) | U.S. Mail | Indian Nation |
| Priv. Pass. (Business) | Fed. Gov't | |

**Carrier Operation:**

| | | |
|---|---|---|
| x Interstate | Intrastate Only (HM) | Intrastate Only (Non-HM) |

**Cargo Carried:**

| | | |
|---|---|---|
| x General Freight | Liquids/Gases | x Chemicals |
| Household Goods | x Intermodal Cont. | x Commodities Dry Bulk |
| Metal: sheets, coils, rolls | Passengers | x Refrigerated Food |
| Motor Vehicles | Oilfield Equipment | x Beverages |
| Drive/Tow away | Livestock | x Paper Products |
| x Logs, Poles, Beams, Lumber | Grain, Feed, Hay | Utilities |
| | Coal/Coke | Agricultural/Farm Supplies |
| x Building Materials | x Meat | Construction |
| Mobile Homes | Garbage/Refuse | Water Well |
| Machinery, Large Objects | US Mail | |
| x Fresh Produce | | |

DEFENDANT'S EXHIBIT C

FILED DATE: 4/21/2021 3:21 PM 2021L002697

| 2120 - Served | 2121 - Served | 2620 - Sec. of State |
| 2220 - Not Served | 2221 - Not Served | 2621 - Alias Sec of State |
| 2320 - Served By Mail | 2321 - Served By Mail | |
| 2420 - Served By Publication | 2421 - Served By Publication | |

**Summons - Alias Summons**

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

Name all Parties

Jorge Gonzalez,

Plaintiff(s)

v.

Grant Gleason, and Schneider National Carriers, Inc.,

Defendant(s)

Case No. 2021L005597

See Service List Below.

Address of Defendant(s)

Please serve as follows (check one): ○ Certified Mail  ● Sheriff Service  ○ Alias

### SUMMONS

To each Defendant:

You have been named a defendant in the complaint in this case, a copy of which is hereto attached. You are summoned and required to file your appearance, in the office of the clerk of this court, within 30 days after service of this summons, not counting the day of service. If you fail to do so, a judgment by default may be entered against you for the relief asked in the complaint.

### THERE WILL BE A FEE TO FILE YOUR APPEARANCE.

To file your written appearance/answer **YOU DO NOT NEED TO COME TO THE COURTHOUSE.** You will need: a computer with internet access; an email address; a completed Appearance form that can be found at http://www.illinoiscourts.gov/Forms/approved/procedures/appearance.asp; and a credit card to pay any required fees.

Iris Y. Martinez, Clerk of the Circuit Court of Cook County, Illinois
cookcountyclerkofcourt.org
Page 1 of 3

**DEFENDANT'S EXHIBIT**

**Summons - Alias Summons**

E-filing is now mandatory with limited exemptions. To e-file, you must first create an account with an e-filing service provider. Visit http://efile.illinoiscourts.gov/service-providers.htm to learn more and to select a service provider.

If you need additional help or have trouble e-filing, visit http://www.illinoiscourts.gov/faq/gethelp.asp or talk with your local circuit clerk's office. If you cannot e-file, you may be able to get an exemption that allows you to file in-person or by mail. Ask your circuit clerk for more information or visit www.illinoislegalaid.org.

If you are unable to pay your court fees, you can apply for a fee waiver. For information about defending yourself in a court case (including filing an appearance or fee waiver), or to apply for free legal help, go to www.illinoislegalaid.org. You can also ask your local circuit clerk's office for a fee waiver application.

Please call or email the appropriate clerk's office location (on Page 3 of this summons) to get your court hearing date AND for information whether your hearing will be held by video conference or by telephone. The Clerk's office is open Mon - Fri, 8:30 am - 4:30 pm, except for court holidays.

**NOTE: Your appearance date is NOT a court date. It is the date that you have to file your completed appearance by. You may file your appearance form by efiling unless you are exempted.**

A court date will be set in the future and you will be notified by email (either to the email address that you used to register for efiling, or that you provided to the clerk's office).

**CONTACT THE CLERK'S OFFICE for information regarding COURT DATES by visiting our website: cookcountyclerkofcourt.org; download our mobile app from the AppStore or Google play, or contact the appropriate clerk's office location listed on Page 3.**

To the officer: (Sheriff Service)

This summons must be returned by the officer or other person to whom it was given for service, with endorsement of service and fees, if any, immediately after service. If service cannot be made, this summons shall be returned so endorsed. This summons may not be served later than thirty (30) days after its date.

○ Atty. No.: **58144**
○ Pro Se 99500
Name: Abraham T. Matthew
Atty. for (if applicable): **Plaintiff(s)**
Address: 1200 W. 35th St. Ste. 5550
City: Chicago
State: IL   Zip: 60609
Telephone: (312) 709-1899
Primary Email: attorneys@mdlawchicago.com

Witness date _____
6/7/2021 1:53 PM IRIS Y. MARTINEZ
IRIS Y. MARTINEZ, Clerk of Court

☐ Service by Certified Mail: _____
☐ Date of Service: _____
(To be inserted by officer on copy left with employer or other person)

FILED DATE: 4/21/2021 3:21 PM 2021L002697

## GET YOUR COURT DATE BY CALLING IN OR BY EMAIL

**CALL OR SEND AN EMAIL MESSAGE** to the telephone number or court date email address below for the appropriate division, district or department to request your next court date. Email your case number, or, if you do not have your case number, email the Plaintiff or Defendant's name for civil case types, or the Defendant's name and birthdate for a criminal case.

### CHANCERY DIVISION
**Court date EMAIL:** ChanCourtDate@cookcountycourt.com
Gen. Info:   (312) 603-5133

### CIVIL DIVISION
**Court date EMAIL:** CivCourtDate@cookcountycourt.com
Gen. Info:   (312) 603-5116

### COUNTY DIVISION
**Court date EMAIL:** CntyCourtDate@cookcountycourt.com
Gen. Info:   (312) 603-5710

### DOMESTIC RELATIONS/CHILD SUPPORT DIVISION
**Court date EMAIL:** DRCourtDate@cookcountycourt.com
OR
ChildSupCourtDate@cookcountycourt.com
Gen. Info:   (312) 603-6300

### DOMESTIC VIOLENCE
**Court date EMAIL:** DVCourtDate@cookcountycourt.com
Gen. Info:   (312) 325-9500

### LAW DIVISION
**Court date EMAIL:** LawCourtDate@cookcountycourt.com
Gen. Info:   (312) 603-5426

### PROBATE DIVISION
**Court date EMAIL:** ProbCourtDate@cookcountycourt.com
Gen. Info:   (312) 603-6441

### ALL SUBURBAN CASE TYPES

#### DISTRICT 2 - SKOKIE
**Court date EMAIL:** D2CourtDate@cookcountycourt.com
Gen. Info:   (847) 470-7250

#### DISTRICT 3 - ROLLING MEADOWS
**Court date EMAIL:** D3CourtDate@cookcountycourt.com
Gen. Info:   (847) 818-3000

#### DISTRICT 4 - MAYWOOD
**Court date EMAIL:** D4CourtDate@cookcountycourt.com
Gen. Info:   (708) 865-6040

#### DISTRICT 5 - BRIDGEVIEW
**Court date EMAIL:** D5CourtDate@cookcountycourt.com
Gen. Info:   (708) 974-6500

#### DISTRICT 6 - MARKHAM
**Court date EMAIL:** D6CourtDate@cookcountycourt.com
Gen. Info:   (708) 232-4551

**Iris Y. Martinez, Clerk of the Circuit Court of Cook County, Illinois**
cookcountyclerkofcourt.org
Page 3 of 3

# Service List

Grant Gleason
2555 E Crais Ct.,
De Pere, WI, 54115


Agent of Schneider National Carriers
CT Corporation System
208 S LaSalle St, Suite 814,
Chicago, IL, 60604

FILED
6/1/2021 3:28 PM
IRIS Y. MARTINEZ
CIRCUIT CLERK
COOK COUNTY, IL
2021L005597

## IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
## COUNTY DEPARTMENT, LAW DIVISION

Jorge Gonzalez,
    **PLAINTIFF(s),**

Vs.

Case No.    2021L005597

Grant Gleason, and Schneider National Carriers, Inc.
    **DEFENDANT(s).**

### PLAINTIFFS' COMPLAINT AT LAW

NOW COMES the Plaintiff, Jorge Gonzalez, through their attorney, Matthew and Drnovsek Law LLC, and complaining of the Defendants, Grant Gleason and Schneider National Carriers, Inc., and alleges as follows:

1. That on June 1, 2019 at approximately 6:35 p.m., the Plaintiff, Jorge Gonzalez, was the operator of a motor vehicle, one Toyota Corolla, and was travelling westbound on 79th Street, at or near its intersection with Nashville Avenue, in Chicago, County of Cook, State of Illinois.

2. That at the aforesaid date, time, and place, Defendant Grant Gleason, was the operator of a 2019 Freightliner, travelling westbound on 79th Street, at or near its intersection with Nashville Avenue, in Chicago, County of Cook, State of Illinois.

3. That at the aforesaid date, time, and place, the aforementioned 2019 Freightliner was travelling in the left lane of westbound 79th Street.

4. That at the aforesaid date, time, and place, the aforementioned Toyota Corolla was travelling in the right lane of westbound 79th Street.

5. That at all times relevant hereto, the 2019 Freightliner was owned by Defendant Schneider National Carriers, Inc..

6. That at all times relevant hereto, Defendant Gleason was employed by the Defendant Schneider National Carriers, Inc..

7. That as Plaintiff was traveling westbound on 79th Street, Defendant merged from the left lane to the right lane.

8. That at the aforesaid date, time, and place, a collision occurred between the vehicle the Plaintiff was operating and the vehicle operated by Defendant Gleason.

9. That when the aforesaid collision occurred, Plaintiff was wholly within the right lane of travel.

## COUNT I - Grant Gleason

10. That at all times material hereto, it was the duty of the Defendant Gleason in the operation of the motor vehicle, to exercise reasonable care and caution for the safety of the Plaintiff.

11. That the Defendant Gleason, in breach of their duty aforesaid, was then and there guilty of one or more of the following careless and negligent acts and/or omissions:

   a. Drove said vehicle at a speed which was greater than reasonable and proper, in violation of 625 ILCS 5/11-601.

   b. Drove said vehicle without brakes adequate to control its movement, and to stop and hold it, in violation of 625 ILCS 5/12-301.

   c. Failed to decrease the speed of said vehicle when approaching or crossing an intersection.

   d. Failed to sound the horn on said vehicle so as to give warning of its approach.

   e. Failed to stop said vehicle in time to avoid said collision, although

Defendants saw, or should have seen, that it was impending and had ample time and opportunity to avoid it.

f. Failed to maintain a proper lookout for other vehicles.

g. Failed to keep the vehicle under control.

h. Failed to properly maintain their vehicle, including, but not limited to the tires and brakes of their vehicle.

i. Failed to exercise the duty of care owed to Plaintiff and the public in the operation of the vehicle.

j. Failed to observe vehicles in other lanes when changing lanes;

k. Otherwise negligently operated said motor vehicle.

12. That the aforesaid careless and negligent acts and/or omissions of the Defendant Gleason were a proximate cause of said collision and Plaintiff's personal injuries as hereinafter mentioned.

13. That as a direct and proximate result of one or more of the aforesaid careless and negligent acts and/or omissions of the Defendant Gleason, the Plaintiff then and there sustained severe and permanent injuries and was and will be hindered and prevented from attending to his usual duties and affairs of life, and has lost, and will lose, the value of that time as aforementioned. Further, Plaintiff suffered great pain and anguish, both in mind and body, and will, in the future, continue to suffer. Plaintiff further expended and became liable for, and will expend and become liable for, large sums of money for medical care and services endeavoring to become healed and cured of said injuries.

WHEREFORE, Plaintiff, Jorge Gonzalez, demands judgment against the Defendants in an amount in excess of FIFTY THOUSAND DOLLARS ($50,000.00) and the costs of suit.

COUNT II - Schneider National Carriers, Inc. - Respondeat Superior

14. That at the time of the collision, the Defendant, Gleason, was operating a motor vehicle within the scope of his employment, under the control of, and in the capacity of agent of Defendant Schneider National Carriers, Inc..

15. That by reason of said agency, Defendant Schneider National Carriers, Inc. is liable for the injuries and damages sustained by the Plaintiff.

WHEREFORE, Plaintiff, Jorge Gonzalez, demands judgment against the Defendants in an amount in excess of FIFTY THOUSAND DOLLARS ($50,000.00) and the costs of suit.

BY:   /s/ Abraham T. Matthew
         Attorney for Plaintiff

Abraham T. Matthew
MATTHEW & DRNOVSEK LAW LLC
1200 W. 35th Street, Suite 5230
Chicago, Illinois 60609
(312)709-1899
pi@mdlawchicago.com
Attorney # 58144

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, LAW DIVISION

| | |
|---|---|
| Jorge Gonzalez,<br>　　PLAINTIFF(s),<br><br>Vs.<br><br>Grant Gleason, and Schneider National Carriers, Inc.,<br>　　DEFENDANT(s). | Case No. 2021L005597 |

## AFFIDAVIT PURSUANT TO SUPREME COURT RULE 222 (B)

Pursuant to Supreme Court Rule 222 (B), counsel for the above-named plaintiff certifies that Plaintiff seeks money damages in excess of Fifty Thousand and 00/100ths Dollars ($50,000).

　　　　　　　　　　　　　　　　　BY:　/s/　Abraham T. Matthew
　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff

Abraham T. Matthew
MATTHEW & DRNOVSEK LAW LLC
1200 W. 35th Street, Suite 5230
Chicago, Illinois 60609
(312)709-1899
pi@mdlawchicago.com
Attorney # 58144

# AVAILABLE RESOURCES

**Non-Emergency Dispatch**
(920) 391-7450

**Family Services**
300 Crooks Street - Green Bay
24 Hour Crisis Center Hotline
(920) 436-8888

**Family Violence Center / Golden House**
1120 University Avenue - Green Bay
Office: (920) 435-0100
Help Line / TTY: (920) 432-4244
Toll Free: (877) 431-4321

**NEW Community Shelter**
301 Mather Street - Green Bay
(920) 437-3766

**St Johns Homeless Shelter**
411 St John Street - Green Bay
(920) 436-9344

**Micah Center**
7000 E Walnut Street - Green Bay
(920) 617-8700

**Landlord Tenant Resource Center**
(877) 238-RENT (7368)
www.tenantresourcecenter.org

**Aging and Disability Resource Center**
300 S Adams Street - Green Bay
(920) 448-4300

**Salvation Army**
626 Union Court - Green Bay
(920) 497-7053

**Legal Resources of Brown County**
701 Cherry St - Green Bay
Tuesday Only
4pm - 7pm
https://www.wilegaladvice.org/Home/Index
Call 211 for information

---

Subject Copy

Serve:
**Grant G Gleason**

(C) 818-355-2284
@ 2555 E Crais Ct

Town of LEDGEVIEW

Summons, Complaint, Affidavit

Court Date:

Manner: PERSONAL
Date: 6-11-21   Time: 10AM
Deputy: J SCHULTZ
230


DEFENDANT'S EXHIBIT
E